UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE LUIS NOVOA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>CARSON CITY COUNTY JAIL, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:25-cv-00134-MMD-CLB<br><br>ORDER |

On November 5, 2025, this Court ordered *pro se* Plaintiff Jose Novoa to file an amended complaint by December 5, 2025. (ECF No. 7.) Before that deadline expired, Plaintiff moved to extend it by 90 days, arguing that more time is needed because he did not receive the Court's screening order until December 1. (ECF No. 9.) Plaintiff has shown good cause to extend the deadline to file an amended complaint, but not by 90 days. In screening Plaintiff's original complaint, the Court instructed him about the proper defendants for a § 1983 claim and pleading claims against Doe defendants, provided the legal standards for his medical-indifference claims, and directed that he needed to plead more facts about the medical event to state a colorable claim. (ECF No. 7.) Plaintiff should be able to file an amended complaint consistent with the Court's directions within 30 days.

**I.    CONCLUSION**

It is therefore ordered that the motion to extend the deadline to file an amended complaint (ECF No. 9) is granted in part and denied in part. The deadline for Plaintiff to file an amended complaint is extended to January 8, 2026.

DATED THIS 8th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE