UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE LUIS NOVOA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>CARSON CITY COUNTY JAIL, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-00134-MMD-CLB<br><br>ORDER |

On November 5, 2025, this Court ordered *pro se* Plaintiff Jose Novoa to file an amended complaint by December 5, 2025. (ECF No. 7.) The Court granted in part Plaintiff's motion to extend that deadline, ordering him to file an amended complaint by January 8, 2026. (ECF Nos. 9, 10.) Before the second deadline expired, Plaintiff moved to extend it to February 9, 2026, arguing that he's been mostly bed-ridden with a medical lay-in order due to neck and dizziness concerns. (ECF No. 11.) Plaintiff has shown good cause to extend the deadline to file an amended complaint to February 9, 2026.

It is therefore ordered that the motion to extend the deadline to file an amended complaint (ECF No. 11) is granted. The deadline for Plaintiff to file an amended complaint is extended to February 9, 2026.

DATED THIS 8th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE